[No. 44512-3-II.   Division Two.   June 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 12-1-00281-9, Toni A. Sheldon, J., entered February 4, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Lee, JJ.

[No. 45134-4-II.   Division Two.   June 10, 2014.]

*In the Matter of the Dependency of* J.A.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-7-01239-1, Kitty-Ann van Doorninck, J., entered June 17, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Worswick and Melnick, JJ.

[No. 31647-5-III.   Division Three.   June 10, 2014.]

CAMERON JONES, *Appellant*, v. HAPA UNITED, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 12-2-03408-1, Tari S. Eitzen, J., entered April 12, 2013. *Reversed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 32153-3-III.   Division Three.   June 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MADERIOUS LAVON CASH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-00386-6, Scott A. Collier, J., entered May 7, 2012. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Brown, J.